United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                          Case No. _____

**FALCON DIAZ, DIANA** _____                                   Chapter **13** _____
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **09/02/2014**       ☐ AMENDED PLAN DATED: _____
☐ PRE  ☐ POST-CONFIRMATION        Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **600.00** x **60** = $ **36,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **36,000.00**

Additional Payments:
$ **18,000.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☑ Other: *Financing through Loss Mitigation*

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **54,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,850.00**

Signed: /s/ **DIANA FALCON DIAZ**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK**       Cr. _____       Cr. _____
# **51152725**            # _____         # _____
$ **44,130.00**           $ _____         $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Attorney for Debtor **Victor Gratacos-Diaz Legal Office** _____     Phone: **(787) 746-4772**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE FALCON DIAZ, DIANA     Case No. _____
           Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | HOGAR SANTISIMA I | | |