# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**DIANA FALCON DIAZ**  Case No. 14-07279-MCF

Chapter 13  Attorney Name: MIGUEL ANGEL SERRANO URDAZ*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [ ] Present | [X] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

Date & Time:  12/18/2014  1:15:00PM

[ ] R    [X] NR   LV:

[X] This is debtor(s) 2 Bankruptcy filing.

Creditors:

**II. Oath Administered**
[ ] Yes     [X] No

**III. Plan**

Date: 09/02/2014     Base: $54,000.00   Payments 0 made out of   due.

Confirmation Hearing Date:    2/5/2015  9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $150.00  =  $2,850.00

**IV. Status of Meeting**

[ ] Closed     [X] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[X] M.T.D. to be filed by Trustee: Debtor(s) failed to: [X] Appear: [X] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

DIANA FALCON DIAZ                                    Case No.  14-07279-MCF

                                  Chapter 13    Attorney Name:  MIGUEL ANGEL SERRANO URDAZ*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br>[ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>   [ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**DIANA FALCON DIAZ**

Case No. **14-07279-MCF**

Chapter 13     Attorney Name:     **MIGUEL ANGEL SERRANO URDAZ***

---

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**Counsel is present and informs that debtor could not be present since she is sick. He requested a continuance, however, I informed that debtor is in arrears (2 months) with her chapter 13 plan, thus, the meeting cannot be continued.**

**Trustee will file motion to dismiss.**

**The presiding notes the following in case case does not get dismissed:**

**Debtor needs to clarify why SOFA line 4 disclose a cause of action by Scotiabank against Mr. Ruben Claudio Lozada.**

**Debtor has or had a dba Hogar Maria Santisima clarify. I f this is her business debtor need to provide all documentation related to the business. (IVU,Patente,**
**Bomberos), if she still operating this business.**

**Need evidence of income if debtor operates a business.**

**Debtor needs to clarify whether income disclosed at Schedule I is from business operation or rent**

**SOFA 1 does not disclose business income, also, line 18 does not disclose business information. ( if debtor operates a business)**

**Note: Previous case 11-00244 was dismissed since debtor was unable to make current post petition mortgage payment to Scotiabank.**

**Plan is insufficiently funded to pay secured and priority creditors.**

**SCMI was filed without any income.**

**Debtor needs to clarify why she assumed a lease from her own dba.**

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**DIANA FALCON DIAZ**

Case No. **14-07279-MCF**

Chapter 13     Attorney Name:   **MIGUEL ANGEL SERRANO URDAZ***

---

**Debtor is using d11A for cause of action against Costco( for injury) Trustee to object since it does not apply. This section is for "an award under a crime victim's reparation law".**

**As per lease contract provided, debtor is leasing her property and/or business "Hogar de Ancianos" to her daughter with a monthly income of $3,000. This contract is not signed by either party. Schedule "I" lists $2,200. To clarify.**

**Schedule "G" does not list any existing contract. Plan provides for the assumption of a lease "Hogar Maria Santisima". Debtor needs to clarify if business was transferred to her daughter. There is no information in Sofa, item #18. Schedule "I" discloses debtor as currently unemployed; receiving social security benefits and "other" income that appears to be rent. This income from rent has not been disclosed in SOFA, item #2.**

**Cause of action against Costco needs to be disclosed in SOFA, item #4.**

**Debtor needs to include income from rent and/or business in SCMI. If debtor is currently receiving $3,000 from rent, this may change her ACP from 3 yrs. to 5 yrs. and it might have an impact in line 59.
The following party(ies) object(s) confirmation:**

s/Pedro R Medina      Date:   12/18/2014

**Trustee/Presiding Officer**                                                                 (Rev. 05/13)