UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 14-07279-MCF

**DIANA FALCON DIAZ**                    CHAPTER 13

    **DEBTOR(S)**

**TRUSTEE'S MOTION FOR ENTRY OF DISMISSAL ORDER**

**TO THE HONORABLE COURT:**

Comes now, Alejandro Oliveras Rivera, Chapter 13 Trustee, who most respectfully states and prays as follows:

1. The Trustee filed a motion to dismiss on **December 22, 2014** for failure to appear at meeting of creditors scheduled to December 18, 2014. **Docket entry no. 21**.

2. More than thirty days have elapsed and no answer to the above mentioned motion has been filed by debtor or any other party in interest.

3. The trustee hereby requests that an order be entered dismissing the case for the reasons stated in trustee's Motion to dismiss filed.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned and dismiss this case.

    **RESPECTFULLY SUBMITTED.**

    **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by

Trustee's Motion for
Entry of Dismissal Order
Case No. 14-07279-MCF
Page 2 of 2

depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s), at the mailing address of record.

San Juan, Puerto Rico, this 26th day of January, 2015.

/s/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521